## John E. Peterson, Appellant, v. John E. Landell et al., Appellees.

### Gen. No. 23,336.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. JESSE A. BALDWIN, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed December 3, 1917.

### Statement of the Case.

Bill by John E. Peterson, complainant, against John E. Landell and others, defendants, to rescind a contract for the purchase of a business on the ground of fraud and misrepresentation. From a decree dismissing the bill for want of equity, complainant appeals.

LITZINGER, HEALY & REID, for appellant.

EDGAR A. JONAS and EDWARD J. HESS, for appellees.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

CANCELLATION OF INSTRUMENTS, § 2*—*when contract for purchase of business not canceled.* Where it appears that one seeking to rescind a contract by which he purchased a business had possession of the business and dealt with it as his own for 7 months, removed it from the place at which it was located, sold it to a corporation for stock which was in face value $3,000 more than the purchase price he had agreed to pay for it, that changes had taken place in the property making it impossible to place all of the parties *in statu quo,* that in the transaction the parties dealt at arm's length, and the charge of fraud and misrepresentation is not supported, the relief sought is properly denied.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.